UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL A. WEYMOUTH,

    Plaintiff,

v.                                                                  Case No. 8:25-cv-2928-TPB-AAS

RONALD D. DESANTIS,
in his individual capacity,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

After reviewing the plaintiff's complaint and application to proceed *in forma pauperis* (Docs. 1, 3), a November 17, 2025 order took the plaintiff's motion under advisement, pending the submission of an amended complaint by December 19, 2025. (Doc. 5). The plaintiff did not file an amended complaint.[1]

Thus, it is **RECOMMENDED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED without prejudice**.

**ENTERED** in Tampa, Florida, on December 29, 2025.

---

[1] To proceed in forma pauperis, the plaintiff's complaint must state a viable cause of action that satisfies the screening process of 28 U.S.C. § 1915(e)(2)(B). However, if Mr. Weymouth does not wish to amend his complaint, he may pay the filing fee and conduct proper service of process of his current complaint.

1

*Amanda Arnold Sansone*
―――――――――――――――――――――
AMANDA ARNOLD SANSONE
United States Magistrate Judge

**NOTICE TO PARTIES**

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.